

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00249-CV

_____

IN THE INTEREST OF J.C., A CHILD

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 16-01206-442

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Mother,[1] proceeding pro se, attempts to appeal from the trial court's "Temporary Orders in Suit to Modify Parent–Child Relationship." We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Generally, appeals may be taken only from final judgments and from certain interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (listing appealable interlocutory orders). Without a final judgment or an appealable interlocutory order, we lack jurisdiction over the appeal, and we must dismiss it. *See Lehmann*, 39 S.W.3d at 195, 200. Temporary orders entered in a suit affecting the parent–child relationship are not appealable interlocutory orders. Tex. Fam. Code Ann. § 105.001(e); *see In re K.S.*, No. 02-20-00409-CV, 2021 WL 126596, at *1 (Tex. App.—Fort Worth Jan. 14, 2021, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because temporary orders entered in suit affecting parent–child relationship not immediately appealable).

We notified Mother that we questioned our jurisdiction over this appeal because the temporary-orders ruling from which she attempts to appeal does not appear to be a final judgment or an appealable interlocutory order. We warned Mother that unless she filed a response by June 30, 2025, showing grounds for

---

[1]In suits affecting the parent–child relationship, we use initials or aliases for the names of the children and their parents. *See* Tex. Fam. Code Ann. § 109.002(d); Tex. R. App. P. 9.8(b)(2).

2

continuing the appeal, this appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We did not receive a response.

Because the temporary orders from which Mother attempts to appeal are neither final nor immediately appealable, we lack jurisdiction over this appeal. *See Lehmann*, 39 S.W.3d at 195, 200. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: July 24, 2025